CROWN LAUNDRY *et al. v.* HIGGINS.

CANDLER, Justice. The decision in this case is controlled by *Crown Laundry* v. *Burch,* ante, 211.

*Judgment affirmed. All the Justices concur.*

No. 16556. APRIL 13, 1949.

*Pittman & Hodge* and *H. E. Kinney,* for plaintiffs in error.
*Mitchell, Mitchell, Bolling & Mitchell* and *Sanford P. Carr Jr.,* contra.

CROWN LAUNDRY *et al. v.* ROBERTSON.

CANDLER, Justice. The decision in this case is controlled by *Crown Laundry* v. *Burch,* ante, 211.

*Judgment affirmed. All the Justices concur.*

No. 16557. APRIL 13, 1949.

*Pittman & Hodge* and *H. E. Kinney* for plaintiffs in error.
*Mitchell, Mitchell, Bolling & Mitchell* and *Sanford P. Carr Jr.,* contra.